134321

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-347 JMR/FLN Case Title: Mages v. Veneman

### Affidavit of Movant

I, Richard Prim ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac William E. Penn , an attorney admitted to practice in the Eastern District of Michigan ,but not admitted to the bar of this court, who will be counsel for [✔] plaintiff [ ] defendant Jason Mages in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Richard Prim | 0250624 | 2-5-02 |
|---|---|---|
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, William E. Penn , am currently a member in good standing of the U.S. District Court for Eastern District of Michigan , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| William E. Penn | William E. Penn | 1-31-2002 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: P56530
Law Firm Name & Address: Agricultural and Rural Advocates, PLC
P.O. Box 305, 1763 Brookshire Court
Williamston, MI 48895
Telephone: 517 655-9055

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk
mc

MAR 19 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK