UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jason Mages,

Plaintiff,

v.

Ann M. Veneman,

Defendant.

Civil No. 02-347 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Dispositive Motions:

   a. All dispositive motions shall be filed and scheduled for hearing prior to September 1, 2002.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

The parties agree that cross motions for summary judgment will resolve the case without trial.

DATED: May 21, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
United States Magistrate Judge



FILED RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK