UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-347(JMR/FLN)

| | | |
|---|---|---|
| Jason Mages<br><br>v.<br><br>Ann Veneman, Secretary U.S. Department of Agriculture | )<br>)<br>)<br>)<br>)<br>) | AMENDED ORDER |

This matter is before the Court on the parties' cross-motions for summary judgment. The Court heard oral argument on October 11, 2002.

Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED THAT:

1. Defendant's motion for summary judgment [Docket No. 13] is granted.
2. Plaintiff's motion for summary judgment [Docket No. 16] is denied.

Dated: December 6th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS