**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** February 24, 2006

RE: 03-1400 Jason Mages vs. Ann Veneman

**TO:** Mr. Richard Sletten

**FROM:** James Foster

RECEIVED
06 MAR -2 PM 4:23
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

Enclosed are the following records for return to your office:

Original file: Transcript: 1 vol.

Deposition: Sealed:

Exhibits: 1 expandable folder

Other:

[ ] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 02-347 JMR/FLN

jjf

SCANNED
MAR 3 2006
U.S. DISTRICT COURT MPLS