# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1400

| | |
|---|---|
| Jason Mages, | * |
| Appellant, | * 02 cv 347 JMR/FLN |
| vs. | * Appeal from the United States District Court for the District of Minnesota |
| Mike Johanns, Secretary, United States Department of Agriculture, | * |
| Appellee. | * |

RECEIVED BY MAIL
MAR 23 2006
CLERK US DIST COURT MINNEAPOLIS MN

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

December 27, 2005

ORDER ENTERED IN ACCORDANCE WITH OPINION
Michael E. Gans
CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
MAR 23 2006 JME
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 19, 2006

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
MAR 23 2006
CLERK US DIST COURT
MINNEAPOLIS MN

Re: 03-1400 Jason Mages vs. Ann Veneman

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

cmd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable James M. Rosenbaum
Marc Andre Al
Lonnie F. Bryan

District Court/Agency Case Number(s): CIV 02-347 JMR/FLN