UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-347(JMR/FLN)

Jason Mages )
)
v. ) ORDER
)
Mike Johanns, Secretary, )
United States Department of )
Agriculture )

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. Pursuant to the Eighth Circuit's Opinion and Mandate, IT IS ORDERED that this case be remanded to the United States Department of Agriculture for further proceedings consistent with the Eighth Circuit's Opinion. See Mages v. Johanns, Case No. 03-1400 (8th Cir., Dec. 27, 2005).

Dated: April 3rd, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge